LEITCH MANUFACTURING COMPANY, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 24812.)

Argued March 6, 1940; decided April 9, 1940.

*Max Schoengold* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.